UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 16-00185 JW |
| ROGER LEVI BLANDING<br>    aka Roger Blanding, Roger L. Blanding | CHAPTER 13 |
| DEBTOR(S) | MOTION TO MODIFY PLAN AFTER CONFIRMATION AND OPPORTUNITY FOR HEARING |
| Address: 130 Blanding Road<br>    St. Stephen, SC 29479 | |
| Last four digits of Social-3287 | |

The Court has confirmed a chapter 13 plan in this case. The debtor moves, pursuant to 11 U.S.C. § 1329(a), and Fed. R. Bankr. P. 3015(h), to modify the confirmed plan as follows:

Section III(A) reduced payments from $1,625.00 per month after 22 months to $1,340.00 for the remaining 38 months.

Section IV (A) updated and increased amount of attorney's fees paid and amount paid in plan.

A copy of the plan with these modifications included is attached.

TAKE NOTICE that any response, return, and/or objection to this motion should be filed with the Court no later than seven (7) days prior to the hearing date set forth below and a copy simultaneously served on the debtor, trustee, and any other affected party.

TAKE FURTHER NOTICE that no hearing will be held on this motion, except at the direction of the judge, unless a response, return, and/or objection is timely filed and served, in which case the Court will conduct a hearing on  February 14, 2018  at 9:00 a. m., at 145 King Street, Room 225,  Charleston, South Carolina. No further notice of this hearing will be given.

FREEMAN |WINE, LLC

Date: December 29, 2017          /s/Wendi M. Freeman
                                 Wendi M. Freeman #5336

                                 1040 eWall Street

                                 Mt. Pleasant, SC  29464

                                 843-849-1900/wendi@freemanwine.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ROGER LEVI BLANDING ) | CASE NO: 16-00185-jw |
|    aka Roger Blanding, Roger R. Blanding ) | CHAPTER: 13 |
| ) | |
|    130 Blanding Road ) | |
|    St. Stephens, SC 29479 ) | **CERTIFICATE OF SERVICE** |
| ) | |
|    Last four SSN - 3287 ) | |
| ) | |
|                       DEBTOR ) | |
| _____ ) | |

     I, Janis Campbell, do hereby certify that on December 29, 2017, the foregoing Motion to Modify Plan after Confirmation, and Notice of Plan Modification after Confirmation, Motions to Value Security, Avoid Judicial Lien, Avoid a Nonpurchase Money, Nonpossessory Security Interest and Lien, and/or to Assume or Reject an Executory Contract/Unexpired Lease was this day served as follows:

VIA ECF:

James M. Wyman, Esq.
Chapter 13 Trustee
PO Box 997
Mount Pleasant, SC 29465-0997

VIA U.S. MAIL:

(All Creditors on attached Matrix)

                                                                                                  Freeman|Wine, LLC

December 29, 2017                                                */s/Janis Campbell*
                                                                     Janis Campbell, Paralegal to Wendi M. Freeman
                                                                     1040 eWall Street
                                                                     Mt. Pleasant, SC  29464-3046
                                                                     Telephone: 843-849-1900
                                                                     Fax: 843-849-1903

| | | |
|---|---|---|
| 1ST FRANKLIN FINANCIAL<br>PO BOX 1798<br>MONCKS CORNER, SC 29461-1798 | ALLIANCE ONE RECEIVABLES MANAGEMENT INC<br>4850 STREET RD, STE 300<br>PO BOX 9475<br>TREVOSE, PA 19053-6643 | ARS NATIONAL SERVICES INC<br>PO BOX 469100<br>ESCONDIDO, CA 92046-9100 |
| BERKELEY COUNTY TAX COLLECTOR<br>PO BOX 6122<br>MONCKS CORNER, SC 29461-6120 | BERKS CREDIT & COLLECTIONS INC<br>PO BOX 329<br>TEMPLE, PA 19560-0329 | CAPIO PARTNERS LLC<br>ATTN BANKRUPTCY<br>2222 TEXOMA PKWY STE 150<br>SHERMAN, TX 75090-2481 |
| CARDIOLOGY CONSULTANTS<br>3601 LADSON RD STE 101<br>LADSON, SC 29456-4304 | CAROLINA EYECARE PHYSICIANS LLC<br>2861 TRICOM STREET<br>NORTH CHARLESTON, SC 29406-9172 | CHARLESTON RADIOLOGISTS<br>6120 US HWY 27 N<br>SEBRING, FL 33870-1221 |
| CHARLESTON RADIOLOGISTS PA<br>25 RYANT BLVD<br>SEBRING, FL 33870-8075 | CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | CITIBANK / SEARS<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS, MO 63179-0040 |
| CITIBANK/SEARS<br>P.O. BOX 6283<br>SIOUX FALLS, SD 57117-6283 | COASTAL PATHOLOGY<br>PO BOX 30309<br>CHARLESTON, SC 29417-0309 | ELLINGTON AT WACHESAW PLANTATION<br>PO BOX 630936<br>CINCINNATI, OH 45263-0936 |
| ELLINGTON AT WACHESAW PLANTATION<br>C/O PATTON HOSPITALITY MANAGEMENT INC<br>1 VANCE GAP RD<br>ASHEVILLE, NC 28805-1227 | REPUBLIC FINANCE LLC<br>214 ST JAMES AVE STE 150<br>GOOSE CREEK SC 29445-3082 | HRRG<br>PO BOX 459080<br>SUNRISE, FL 33345-9080 |
| HERITAGE TRUST FEDERAL CREDIT UNION<br>210 MARY MEAD DR<br>SUMMERVILLE, SC 29483-5243 | HERITAGE TRUST FEDERAL CREDIT UNION<br>BANKRUPTCY DEPARTMENT<br>PO BOX 118000<br>CHARLESTON, SC 29423-8000 | L&L CONTRACTORS<br>510 W MAIN ST<br>ANDREWS, SC 29510-4421 |
| LOWCOUNRTY UROLOGY CLINICS PA<br>2687 LAKE PARK DR<br>CHARLESTON, SC 29406-9100 | WORLD FINANCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 6429<br>GREENVILLE SC 29606-6429 | TD BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| CITIBANK<br>P.O. BOX 790034<br>ST. LOUIS, MO 63179-0034 | TRIDENT REGIONAL MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 1927<br>GREENVILLE, SC 29602-1927 | ROGER and MARY BLANDING<br>130 BLANDING ROAD<br>ST. STEPHEN, SC 29479-3066 |
| WORLD ACCEPTANCE CORPORATION<br>ATTN: BANKRUPTCY PROCESSING CTR<br>PO BOX 6429<br>GREENVILLE, SC 29606-6429 | ZEALANDIA CAPITAL INC<br>47 COLLEGE ST<br>ASHEVILLE, NC 28801-2819 | TRIDENT MEDICAL CENTER<br>PO BOX 923657<br>NORCROSS, GA 30010-3657 |

MEDICREDIT, INC
PO BOX 1629
MARYLAND HEIGHTS, MO 63043-0629

HERITAGE TRUST FEDERAL CREDIT UNION
P.O. BOX 11800
N. CHARLESTON, SC 29423-8000

MONCKS CORNER EMERGENCY PHYSICIANS
PO BOX 740022
CINCINNATI, OH 45274-0022

NPAS, INC
PO BOX 99400
LOUISVILLE, KY 40269-0400

MIDLAND FUNDING, LLC
P.O. BOX 2011
WARREN, MI 48090-2011

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ECAST SETTLEMENT CORPORATION
P.O. BOX 29262
NEW YORK, NY 10087-9262

PRA RECEIVABLES MANAGEMENT, LLC
P.O. BOX 41067
NORFOLK, VA 23541-1067

ONE MAIN FINANCIAL
484 N HIGHWAY 52 STE 111
MONCKS CORNER, SC 29461-3984

TARGET NATIONAL BANK
PO BOX 673
MINNEAPOLIS, MN 55440-0673

TRIDENT MEDICAL CENTER
PO BOX 740766
CINCINNATI, OH 45274-0766

PALMETTO PRIMARY CARE
PO BOX 118088
NORTH CHARLESTON, SC 29423-8088

PLANTATION BILLING CENTER
PO BOX 459077
SUNRISE, FL 33345-9077

TARGET CREDIT CARD (TC)
C/O FINANCIAL & RETAIL SERVICES
PO BOX 9475
MINNEAPOLIS, MN 55440-9475

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA 23541-1067

REPUBLIC FINANCE LLC
1140 ROMA AVENUE
HAMMOND, LA 70403-5464

ROPER ST FRANCIS PHYSICIANS
PO BOX 650292
DALLAS, TX 75265-0292

SETERUS
ATTN: BANKRTUPCY DEPT
PO BOX 2206
GRAND RAPIDS, MI 49501-2206

SETERUS
14523 SW MILLIKAN WAY
BEAVERTON, OR 97005-2352

SOUTHEASTERN SPINE INST ASSO
1106 CHUCK DAWLEY BLVD
MOUNT PLEASANT, SC 29464-4183

SPRINGLEAF FINANCIAL SERVICES
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

SC DEPT OF REVENUE & TAXATION
P.O. BOX 12265
COLUMBIA, SC 29211-2265

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965060
ORLANDO, FL 32896-5060

SYNCHRONY BANK
JC PENNEY
PO BOX 965007
ORLANDO, FL 32896-5007

SYNCHRONY BANK/WALMART
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896-5060

SYNCHRONY BANK/WALMART
ATTN: BANKRUPTCY
PO BOX 965024
ORLANDO, FL 32896-5024

HERITAGE TRUST FEDERAL CREDIT UNION
6943 DORCHESTER ROAD
CHARLESTON, SC 29418-3432

ONEMAIN FINANCIAL
P.O. BOX 140489
IRVING, TX 75014-0489

ONEMAIN FINANCIAL
P.O. BOX 499
HANOVER, MD 21076-0499

SETERUS, INC.
P.O. BOX 1047
HARTFORD, CT 06143-1047